**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00971-CV

### IN RE ELEAZAR MALDONADO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-209723**

---

### MEMORANDUM OPINION

On December 8, 2014, relator Eleazar Maldonado filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Brenda Mullinix, presiding judge of the 387th District Court of Fort Bend County, to vacate her November 17, 2014 order disqualifying attorney Julia Maldonado as attorney of record for relator.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.